**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/15/2017

IN RE:

MICHAEL JOHNSON
MARY JOHNSON
9834 CHURCH ROAD
ESPYVILLE, PA 16424
XXX-XX-3453          Debtor(s)

XXX-XX-4367

Case No.12-11327 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/15/2017

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **NSSJMA**<br>3397 DAM RD<br><br>JAMESTOWN, PA  16134 | Trustee Claim Number:1    INT %: 3.25%<br>Court Claim Number:<br><br>CLAIM:  1,440.99<br>COMMENT:  $@3.25%MDF/PL*MUNICIPAL LIEN/SCH | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:2    INT %: 3.25%<br>Court Claim Number:2<br><br>CLAIM:  6,576.18<br>COMMENT:  C2$GOV@3.25%MDF/PL*DKT*2ND | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 7915 |
| **PNC BANK NA**<br>C/O PNC MORTGAGE<br>ATTN BANKRUPTCY DEPT<br>3232 NEWMARK DR<br>MIAMISBURG, OH  45342 | Trustee Claim Number:3    INT %: 0.00%<br>Court Claim Number:5-2<br><br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DKT4PMT-LMT*1ST*DKT*AMD*BGN 10/12 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7673 |
| **CRAWFORD COUNTY TAX CLM BUREAU***<br>CRAWFORD COUNTY COURTHOUSE<br>903 DIAMOND SQ<br>MEADVILLE, PA  16335 | Trustee Claim Number:4    INT %: 9.00%<br>Court Claim Number:1<br><br>CLAIM:  845.17<br>COMMENT:  460035687;09-11*C1GOV*$CL-PL@6%@PRI/PL~10-11*PRI/SCH*W/5*DKT | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 5687 |
| **CRAWFORD COUNTY TAX CLM BUREAU***<br>CRAWFORD COUNTY COURTHOUSE<br>903 DIAMOND SQ<br>MEADVILLE, PA  16335 | Trustee Claim Number:5    INT %: 9.00%<br>Court Claim Number:1<br><br>CLAIM:  10,629.94<br>COMMENT:  460104057;08-11*C1GOV*$CL-PL@6%/PL@PRI~10-11*PRI/SCH*W/4*DKT | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 4057 |
| **AFNI++**<br>POB 47248<br><br>OAK PARK, MI  48237 | Trustee Claim Number:6    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~DISH NETWORK/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6724 |
| **PENN POWER/FIRST ENERGY****<br>1310 FAIRMONT AVE<br><br>FAIRMONT, WV  26554 | Trustee Claim Number:7    INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM:  124.42<br>COMMENT:  1ST ENERGY/ALLIANCE/PENN PWR~9059/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6926 |
| **AMERIPATH**<br>895 SW 30TH AVE STE 201<br><br>POMPANO BEACH, FL  33069 | Trustee Claim Number:8    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **ASSET CARE**<br>507 PRUDENTIAL RD<br><br>HORSHAM, PA  19850 | Trustee Claim Number:9    INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **DOMINION RETAIL INC***<br>120 TREDEGAR ST<br><br>RICHMOND, VA  23219 | Trustee Claim Number:10   INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM:  1,225.50<br>COMMENT:  4002/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6718 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CBJ CREDIT RECOVERY**<br>117 W 4TH ST<br>POB 1132<br>JAMESTOWN, NY  14702-1132 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MEDICOR ASSOC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7002 |
| **EUCLID HOSPITAL**<br>18901 LAKE SHORE BLVD<br>CLEVELAND, OH  44119 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CCHS~NO$~INFO ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CHARTER ONE**<br>870 WESTMINSTER ST<br>PROVIDENCE, RI  02903 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~INFO ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2266 |
| **CONNEAUT LAKE AMBULANCE**<br>POB 546<br>CONNEAUT LAKE, PA  16316 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CONSULTANTS IN CARDIOLOGY**<br>2315 MYRTLE ST STE 190<br>ERIE, PA  16502 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **DIAGNOSTIC IMAGING CONSULTANTS**<br>POB 73985<br>CLEVELAND, OH  44193-0002 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3559 |
| **PETER F WHITE MD**<br>505 POPLAR STREET<br>MEADVILLE, PA  16335 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **FIRST FEDERAL CREDIT CONTROL**<br>24700 CHAGRIN BLVD STE 205<br>CLEVELAND, OH  44122-5662 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: RADIOLOGIST INC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6310 |
| **GMAC***<br>ATTN TRUSTEE PAYMENT CENTER<br>POB 78367<br>PHOENIX, AZ  85062 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~INFO ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5668 |
| **GEMB/JCPENNEY++**<br>ATTENTION: BANKRUPTCY<br>PO BOX 103104<br>ROSWELL, GA  30076 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~INFO ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9060 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **GREENVILLE MEDICAL CENTER**<br>90 SHENANGO STREET<br><br>GREENVILLE, PA  16125 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **HAMOT MEDICAL CENTER***<br>PATIENT ACCOUNTING DEPT<br>201 STATE ST<br>ERIE, PA  16550 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **HAND & ARTHRITIS REHAB CTR**<br>300 STATE ST STE 206<br><br>ERIE, PA  16507 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **MEADVILLE AREA AMBULANCE SERVC++**<br>592 WILLIAMSON RD<br><br>MEADVILLE, PA  16335 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **MEADVILLE DIAGNOSTIC MEDICAL++**<br>7 ACRE DR<br><br>NATRONA HEIGHTS, PA  15065 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **MEADVILLE MEDICAL CENTER**<br>1034 GROVE STREET<br><br>MEADVILLE, PA  16335 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **MEADVILLE SURGICAL ASSOCIATES**<br>765 LIBERTY ST<br><br>MEADVILLE, PA  16335 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **MEDICOR ASSOCIATES INC**<br>3330 PEACH ST STE 203<br><br>ERIE, PA  16508-2772 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PNC BANK FORMERLY NATIONAL CITY BANK****<br>POB 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~INFO ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7915 |
| **NATIONAL RECOVERY AGENCY GROUP****<br>POB 67015<br><br>HARRISBURG, PA  17016-7015 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CONNEAUT LAKE AMBLNC SVC/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0143 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **NCO FINANCIAL SYSTEMS INC(\*)++**<br>507 PRUDENTIAL RD<br><br>HORSHAM, PA 19044 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: UPMC HRZN HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1514 |
| **NCO FINANCIAL SYSTEMS INC(\*)++**<br>507 PRUDENTIAL RD<br><br>HORSHAM, PA 19044 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~UPMC HRZN HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1262 |
| **NCO FINANCIAL SYSTEMS INC(\*)++**<br>507 PRUDENTIAL RD<br><br>HORSHAM, PA 19044 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~UPMC HRZN HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6380 |
| **NCO FINANCIAL SYSTEMS INC(\*)++**<br>507 PRUDENTIAL RD<br><br>HORSHAM, PA 19044 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~UPMC HRZN HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1513 |
| **NORTHSHORE CLINIC ASSOC**<br>104 E 2ND ST<br><br>ERIE, PA 16507 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **OXFORD MANAGEMENT SVCS++**<br>CS 9018<br><br>MELVILLE, NY 11747 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DIRECTV/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0983 |
| **SHARP COLLECTIONS**<br>POB 81<br>114 N MERCER AVE<br>SHARPSVILLE, PA 16150 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~INFO ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **ST JOSEPH HEALTH CNTR**<br>POB 951356<br><br>CLEVELAND, OH 44193-0011 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **TRUMBULL RADIOLOGIST**<br>2588 ELM RD NE<br><br>CORTLAND, OH 44410 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **UNIVERSITY DENTAL HEALTH++**<br>POB 360711<br><br>PITTSBURGH, PA 15251 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |

| Creditor | Trustee Claim Info | Cred Desc / Account |
|---|---|---|
| **UPMC GREENVILLE**<br>110 NORTH MAIN ST<br><br>GREENVILLE, PA  16125 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **UPMC HORIZON(*)**<br>PO BOX 382007<br><br>PITTSBURGH, PA  15251 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **UPMC PHYSICIAN SERVICES++**<br>C/O UPMC TREASURY DEPT<br>US STEEL TOWER - MS UST 01-41-02<br>600 GRANT ST 41ST FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **PNC BANK NA**<br>C/O PNC MORTGAGE<br>ATTN BANKRUPTCY DEPT<br>3232 NEWMARK DR<br>MIAMISBURG, OH  45342 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 5-2<br><br>CLAIM: 5,443.48<br>COMMENT: C5GOV*4398/PL*1ST*DKT*AMD*THRU 9/12 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7673 |