**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 12-11327-TPA |
| | : | |
| **Michael Johnson and** | : | CHAPTER 13 |
| **Mary Johnson,** | : | |
|     Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| **Mary Johnson,** | : | |
|     Movant, | : | DOCKET NO.: |
| | : | |
| vs. | : | |
| | : | |
| **Stateline Auto Group,** | : | |
| | : | |
| and | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>September 22, 2017</u>        By: <u>/s/ Clarissa Bayhurst</u>
                                                        CLARISSA BAYHURST, PARALEGAL
                                                        FOSTER LAW OFFICES
                                                        Po Box 966
                                                        Meadville, PA 16335
                                                        Tel 814.724.1165
                                                        Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

## **MATRIX**

**STATELINE AUTO GROUP**
**413 EAST MAIN STREET**
**ANDOVER, OH 44003**