**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/21/17 2:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>　MICHAEL JOHNSON<br>　MARY JOHNSON<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　vs.<br>　MICHAEL JOHNSON<br>　MARY JOHNSON<br><br>　　　Respondents | Case No.12-11327TPA<br><br>Chapter 13<br><br>Document No.　53 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___21st___ day of __September__, 20_17_, it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　　　　Stateline Auto Group
　　　　　　　Attn: Payroll Manager
　　　　　　　413 E Main St
　　　　　　　Andover,OH 44003

is hereby ordered to immediately terminate the attachment of the wages of MARY JOHNSON, social security number XXX-XX-4367.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MARY JOHNSON.

BY THE COURT

_____  vas
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-11327-TPA
Michael Johnson                                                         Chapter 13
Mary Johnson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1            User: mgut              Page 1 of 1             Date Rcvd: Sep 21, 2017
                                Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2017.
db/jdb         +Michael Johnson,    Mary Johnson,    9834 Church Road,    Espyville, PA 16424-3732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Mary    Johnson dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Michael    Johnson dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Louis P. Vitti    on behalf of Creditor    PNC Bank, National Association tiffany@vittilaw.com,
               louispvitti@vittilaw.com;Jennifer@vittilaw.com;loismvitti@vittilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7