FILED
10/16/17 1:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 12-11327-TPA** |
| | : | |
| **Michael Johnson and** | : | **CHAPTER 13** |
| **Mary Johnson,** | : | |
| **Debtors,** | : | |
| | : | **DOCKET NO.:** 58 |
| **Michael Johnson,** | : | |
| **Movant,** | : | **HEARING DATE & TIME:** |
| | : | |
| **vs.** | : | |
| | : | |
| **Ronda J Winnecour,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondents.** | : | |

**ORDER REGARDING DEBTORS' MOTION FOR EXEMPTION FROM FINANCIAL MANAGEMENT
COURSE CERTIFICATE**

**AND NOW** on this ____16th____ day of ___October___, 2017, upon consideration of the within
**MOTION FOR EXEMPTION FROM FINANCIAL MANAGEMENT COURSE CERTIFICATE**, it is hereby
**ORDERED, ADJUDGED AND DECREED** that the requirement of a Financial Management Course Certificate
be waived as to the Movant, Michael Johnson

BY THE COURT:

vas

Thomas P. Agresti, *Judge*
*United States Bankruptcy Court*

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 12-11327-TPA
Michael Johnson                                                           Chapter 13
Mary Johnson
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: gamr          Page 1 of 1          Date Rcvd: Oct 16, 2017
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2017.
db/jdb         +Michael Johnson,    Mary Johnson,    9834 Church Road,    Espyville, PA 16424-3732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2017 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Mary  Johnson dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Michael  Johnson dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Louis P. Vitti    on behalf of Creditor    PNC Bank, National Association tiffany@vittilaw.com,
               louispvitti@vittilaw.com;Jennifer@vittilaw.com;loismvitti@vittilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 7