**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   MICHAEL JOHNSON
   MARY JOHNSON
        Debtor(s)

   Ronda J. Winnecour
    Chapter 13 Trustee,
        Movant
      vs.
   No Repondents.

Case No.:12-11327 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2017

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/20/2012 and confirmed on 11/27/12 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 79,470.98 |
| Less Refunds to Debtor | 1,041.33 | |
| TOTAL AMOUNT OF PLAN FUND | | 78,429.65 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,050.00 | |
|    Trustee Fee | 2,951.82 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,001.82 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 44,587.62 | 0.00 | 44,587.62 |
|     Acct: 7673 | | | | |
|   PNC BANK NA | 5,443.48 | 5,443.48 | 0.00 | 5,443.48 |
|     Acct: 7673 | | | | |
|   NSSJMA | 1,440.99 | 1,440.99 | 145.08 | 1,586.07 |
|     Acct: | | | | |
|   CRAWFORD COUNTY TAX CLM BUREAU | 845.17 | 845.17 | 161.57 | 1,006.74 |
|     Acct: 5687 | | | | |
|   CRAWFORD COUNTY TAX CLM BUREAU | 10,629.94 | 10,629.94 | 2,031.20 | 12,661.14 |
|     Acct: 4057 | | | | |
|   PNC BANK NA | 6,576.18 | 6,576.18 | 566.60 | 7,142.78 |
|     Acct: 7915 | | | | |
| | | | | 72,427.83 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 3,050.00 | 3,050.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL JOHNSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL JOHNSON | 1,041.33 | 1,041.33 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***N O N E *** | | | |
| **Unsecured** | | | | |
|   AFNI++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6724 | | | | |
|   PENN POWER/FIRST ENERGY** | 124.42 | 0.00 | 0.00 | 0.00 |
|     Acct: 6926 | | | | |
|   AMERIPATH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   ASSET CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   DOMINION RETAIL INC* | 1,225.50 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|     Acct: 6718 | | | | |
|   CBJ CREDIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7002 | | | | |
|   EUCLID HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CHARTER ONE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2266 | | | | |
|   CONNEAUT LAKE AMBULANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   CONSULTANTS IN CARDIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   DIAGNOSTIC IMAGING CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3559 | | | | |
|   PETER F WHITE MD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   FIRST FEDERAL CREDIT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6310 | | | | |
|   GMAC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5668 | | | | |
|   GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9060 | | | | |
|   GREENVILLE MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   HAMOT MEDICAL CENTER* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   HAND & ARTHRITIS REHAB CTR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   MEADVILLE AREA AMBULANCE SERVC+ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   MEADVILLE DIAGNOSTIC MEDICAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   MEADVILLE MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   MEADVILLE SURGICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   MEDICOR ASSOCIATES INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   PNC BANK FORMERLY NATIONAL CITY B | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7915 | | | | |
|   NATIONAL RECOVERY AGENCY GROUP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0143 | | | | |
|   NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1514 | | | | |
|   NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1262 | | | | |
|   NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6380 | | | | |
|   NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1513 | | | | |
|   NORTHSHORE CLINIC ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   OXFORD MANAGEMENT SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0983 | | | | |
|   SHARP COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   ST JOSEPH HEALTH CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   TRUMBULL RADIOLOGIST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   UNIVERSITY DENTAL HEALTH++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|     Acct: ? | | | | |
|   UPMC GREENVILLE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   UPMC HORIZON(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   UPMC PHYSICIAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                                72,427.83

```
TOTAL
    CLAIMED          0.00
    PRIORITY    24,935.76
    SECURED      1,349.92
```

Date: 10/25/2017                                        /s/ Ronda J. Winnecour

                                                   RONDA J WINNECOUR PA ID #30399
                                                   CHAPTER 13 TRUSTEE WD PA
                                                   600 GRANT STREET
                                                   SUITE 3250 US STEEL TWR
                                                   PITTSBURGH, PA  15219
                                                   (412) 471-5566
                                                   cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　MICHAEL JOHNSON<br>　　MARY JOHNSON<br>　　　　　Debtor(s)<br><br>　　Ronda J. Winnecour<br>　　　　　Movant<br>　　　　vs.<br>　　No Repondents. | Case No.:12-11327 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-11327-TPA
Michael Johnson                                                         Chapter 13
Mary Johnson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: vson              Page 1 of 2          Date Rcvd: Oct 27, 2017
                              Form ID: pdf900         Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
```
db/jdb         +Michael Johnson,    Mary Johnson,    9834 Church Road,    Espyville, PA 16424-3732
cr             +PNC Mortgage,   a division of PNC Bank, N.A.,    3232 Newmark Drive,    Miamiburg, OH 45342-5421
13485271       +AmeriPath,    8150 Chancellor Drive Suite 110,    Orlando FL 32809-7665
13485272       +Asset Care,    30800 Telegraph #2925,    Franklin MI 48025-4598
13485266       +CBCS 24,    PO Box 164059,    Columbus, OH 43216-4059
13485276       +CCHS - Euclid Hospital,    18901 Lake Shore Boulevard,    Euclid, OH 44119-1090
13485270       +Charter One,    1 Citizens Drive,    Riverside, RI 02915-3019
13485273        Conneaut Lake Ambulance Services,    290 South 4th Street,    Conneaut Lake, PA 16316
13485275       +Diagnostic Imaging Consultants,    PO Box 73985,    Cleveland, OH 44193-0002
13485293        DirecTV,    PO Box 830032,    Baltimore, MD 21283
13510754       +Dominion Retail, Inc.,    P.O. Box 298,    Pittsburgh, PA 15230-0298
13485291       +Dr. Peter F. White MD,    505 Poplar Street #110,    Meadville, PA 16335-3081
13472771       +First Federal Credit Control,    24700 Chagrin Boulevard,    Suite 2,   Cleveland, OH 44122-5662
13485277       +Greenville Medical Center,    90 Shenango Street,    Greenville, PA 16125-2090
13485278       +Hamot Medical Center,    c/o Patient Accounts,    201 State Street,    Erie, PA 16550-0002
13485279       +Hand & Arthritis Rehab Center,    300 State Street,    Erie, PA 16507-1427
13485280       +Meadville Area Ambulance,    872 Water Street,    Meadville, PA 16335-3455
13485281       +Meadville Diagnostic Medical Imaging, Inc.,    751 Liberty Street,    Meadville, PA 16335-2559
13485283       +Meadville Surgical Associates PC,    765 Liberty Street,    Suite 311,    Meadville, PA 16335-2569
13485284       +Medicor Associates Inc,    104 East 2nd Street,    2nd Floor,   Erie, PA 16507-1532
13472774       +National City Bank,    Po Box 94982,    Cleveland, OH 44101-4982
13485285       +Northshore Clinical Associates LLC,    104 East 2nd Street,    Erie, PA 16507-1532
13485267        Oxford Managmenet Services,    PO Box 18060,    Hauppauge, NY 11788
13494198       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13571749       +PNC Bank, National Association,    c/o Vitti & Vitti & Associates, P.C.,    215 Fourth Avenue,
                 Pittsburgh, PA 15222-1707
13472777       +Pnc Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13472778       +Pnc Mortgage,    6 North Main Street,    Dayton, OH 45402-1908
13485295       +Sharp Collections,    114 North Mercer Street,    PO Box 81,   Sharpsville, PA 16150-0081
13485286       +St. Joseph Health Center,    476 South Main Street,    Andover, OH 44003-9602
13485290       +UPMC - Greenville,    110 North Main Street,    Greenville, PA 16125-1726
13485288       +UPMC - Horizon Hospital,    PO Box 382059,    Pittsburgh, PA 15250-0001
13485269       +University Dental Associates, Inc.,    13494 Cedar Road,    University Heights, OH 44118-2666
13472779       #+Vitti & Vitti & Associates, PC,    215 Fourth Avenue,    Pittsburgh, PA 15222-1707
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13485268       +E-mail/Text: EBNProcessing@afni.com Oct 28 2017 01:40:22      Afni, Inc.,   404 Brock Drive,
                 PO Box 3517,   Bloomington, IL 61702-3517
13485265       +E-mail/Text: roy.buchholz@allianceoneinc.com Oct 28 2017 01:39:39      AllianceOne,
                 1684 Woodlands Drive,    Suite 150,    Maumee, OH 43537-4026
13472769       +E-mail/Text: matthartweg@cbjcredit.com Oct 28 2017 01:40:50      Cbj Credit Recovery,
                 117 West 4th Street,   Jamestown, NY 14701-5005
13485274       +E-mail/Text: dshelton@svhs.org Oct 28 2017 01:39:56      Consultants in Cardiology,
                 2315 Myrtle Street,    Erie, PA 16502-4604
13472770       +E-mail/Text: rkiser@co.crawford.pa.us Oct 28 2017 01:40:23      Crawford County Tax Claim Bureau,
                 903 Diamond Park,    Meadville, PA 16335-2694
13485294       +E-mail/Text: Bankruptcy.Consumer@dish.com Oct 28 2017 01:40:11      Dish Network,
                 9601 South Meridian Boulevard,    Englewood, CO 80112-5905
13472772       +E-mail/Text: ally@ebn.phinsolutions.com Oct 28 2017 01:39:39       G M A C,    Po Box 130424,
                 Roseville, MN 55113-0004
13472773       +E-mail/PDF: gecsedi@recoverycorp.com Oct 28 2017 01:41:44       GE Money Bank / JCPenney,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13485282       +E-mail/Text: mwetherbee@mmchs.org Oct 28 2017 01:40:34      Meadville Medical Center,
                 1034 Grove Street,    Meadville, PA 16335-2945
13472775       +E-mail/Text: Bankruptcies@nragroup.com Oct 28 2017 01:40:56       National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
13472776       +E-mail/Text: bankruptcydepartment@tsico.com Oct 28 2017 01:40:45       Nco Financial / 55,
                 PO Box 15270,   Wilmington, DE 19850-5270
13485292       +E-mail/Text: bankruptcy@firstenergycorp.com Oct 28 2017 01:40:18
                 Penn Power Bankruptcy Department,    6896 Miller Road,    Suite 204,
                 Brecksville, OH 44141-3222
13485287       +E-mail/Text: sherry@medbillmgmt.com Oct 28 2017 01:40:02      Trumbull Radiologists,
                 2588 Elm Road,   Cortland, OH 44410-9298
13485289       +E-mail/Text: BankruptcyNotice@upmc.edu Oct 28 2017 01:40:42       UPMC - Physician Services,
                 1650 Metropolitan Street,    3rd Floor - Customer Service,    Pittsburgh, PA 15233-2213
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, National Association
```

```
District/off: 0315-1            User: vson                   Page 2 of 2                   Date Rcvd: Oct 27, 2017
                                Form ID: pdf900              Total Noticed: 47

cr*           +AmeriPath,   8150 Chancellor Drive,   Suite 110,   Orlando, FL 32809-7665
13485299*     +Afni, Inc.,   404 Brock Drive,   PO Box 3517,   Bloomington, IL 61702-3517
13485296*     +AllianceOne,   1684 Woodlands Drive,   Suite 150,   Maumee, OH 43537-4026
13485302*     +AmeriPath,   8150 Chancellor Drive Suite 110,   Orlando FL 32809-7665
13485303*     +Asset Care,   30800 Telegraph #2925,   Franklin MI 48025-4598
13485297*     +CBCS 24,   PO Box 164059,   Columbus, OH 43216-4059
13485307*     +CCHS - Euclid Hospital,   18901 Lake Shore Boulevard,   Euclid, OH 44119-1090
13485301*     +Charter One,   1 Citizens Drive,   Riverside, RI 02915-3019
13485304*      Conneaut Lake Ambulance Services,   290 South 4th Street,   Conneaut Lake, PA 16316
13485305*     +Consultants in Cardiology,   2315 Myrtle Street,   Erie, PA 16502-4604
13487824*     +Crawford County Tax Claim Bureau,   903 Diamond Park,   Meadville, PA 16335-2694
13485306*     +Diagnostic Imaging Consultants,   PO Box 73985,   Cleveland, OH 44193-0002
13485324*      DirecTV,   PO Box 830032,   Baltimore, MD 21283
13485325*     +Dish Network,   9601 South Meridian Boulevard,   Englewood, CO 80112-5905
13485322*     +Dr. Peter F. White MD,   505 Poplar Street #110,   Meadville, PA 16335-3081
13485308*     +Greenville Medical Center,   90 Shenango Street,   Greenville, PA 16125-2090
13485309*     +Hamot Medical Center,   c/o Patient Accounts,   201 State Street,   Erie, PA 16550-0002
13485310*     +Hand & Arthritis Rehab Center,   300 State Street,   Erie, PA 16507-1427
13485311*     +Meadville Area Ambulance,   872 Water Street,   Meadville, PA 16335-3455
13485312*     +Meadville Diagnostic Medical Imaging, Inc.,   751 Liberty Street,   Meadville, PA 16335-2559
13485313*     +Meadville Medical Center,   1034 Grove Street,   Meadville, PA 16335-2945
13485314*     +Meadville Surgical Associates PC,   765 Liberty Street,   Suite 311,   Meadville, PA 16335-2569
13485315*     +Medicor Associates Inc,   104 East 2nd Street,   2nd Floor,   Erie, PA 16507-1532
13485316*     +Northshore Clinical Associates LLC,   104 East 2nd Street,   Erie, PA 16507-1532
13485298*      Oxford Managmenet Services,   PO Box 18060,   Hauppauge, NY 11788
13485323*     +Penn Power Bankruptcy Department,   6896 Miller Road,   Suite 204,   Brecksville, OH 44141-3222
13485326*     +Sharp Collections,   114 North Mercer Street,   PO Box 81,   Sharpsville, PA 16150-0081
13485317*     +St. Joseph Health Center,   476 South Main Street,   Andover, OH 44003-9602
13485318*     +Trumbull Radiologists,   2588 Elm Road,   Cortland, OH 44410-9298
13485321*     +UPMC - Greenville,   110 North Main Street,   Greenville, PA 16125-1726
13485319*     +UPMC - Horizon Hospital,   PO Box 382059,   Pittsburgh, PA 15250-0001
13485320*     +UPMC - Physician Services,   1650 Metropolitan Street,   3rd Floor - Customer Service,
                Pittsburgh, PA 15233-2213
13485300*     +University Dental Associates, Inc.,   13494 Cedar Road,   University Heights, OH 44118-2666
                                                                                               TOTALS: 1, * 33, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Mary  Johnson dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Michael  Johnson dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Louis P. Vitti     on behalf of Creditor    PNC Bank, National Association tiffany@vittilaw.com,
               louispvitti@vittilaw.com;Jennifer@vittilaw.com;loismvitti@vittilaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 7