**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Michael Johnson** | Social Security number or ITIN  **xxx–xx–3453** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Mary Johnson** | Social Security number or ITIN  **xxx–xx–4367** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **12–11327–TPA**

# Order of Discharge                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael Johnson                                   Mary Johnson

12/27/17                              **By the court:**   Thomas P. Agresti
                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 12-11327-TPA
Michael Johnson                                                          Chapter 13
Mary Johnson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1         User: mgut              Page 1 of 2             Date Rcvd: Dec 27, 2017
                             Form ID: 3180W          Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2017.
```
db/jdb         +Michael Johnson,    Mary Johnson,    9834 Church Road,    Espyville, PA 16424-3732
cr             +PNC Mortgage,    a division of PNC Bank, N.A.,    3232 Newmark Drive,    Miamiburg, OH 45342-5421
13485271       +AmeriPath,    8150 Chancellor Drive Suite 110,    Orlando FL 32809-7665
13485272       +Asset Care,    30800 Telegraph #2925,    Franklin MI 48025-4598
13485276       +CCHS - Euclid Hospital,    18901 Lake Shore Boulevard,    Euclid, OH 44119-1090
13485270       +Charter One,    1 Citizens Drive,    Riverside, RI 02915-3019
13485273        Conneaut Lake Ambulance Services,    290 South 4th Street,    Conneaut Lake, PA 16316
13485275       +Diagnostic Imaging Consultants,    PO Box 73985,    Cleveland, OH 44193-0002
13485293        DirecTV,    PO Box 830032,    Baltimore, MD 21283
13510754       +Dominion Retail, Inc.,    P.O. Box 298,    Pittsburgh, PA 15230-0298
13485291       +Dr. Peter F. White MD,    505 Poplar Street #110,    Meadville, PA 16335-3081
13472771       +First Federal Credit Control,    24700 Chagrin Boulevard,    Suite 2,    Cleveland, OH 44122-5662
13485277       +Greenville Medical Center,    90 Shenango Street,    Greenville, PA 16125-2090
13485278       +Hamot Medical Center,    c/o Patient Accounts,    201 State Street,    Erie, PA 16550-0002
13485279       +Hand & Arthritis Rehab Center,    300 State Street,    Erie, PA 16507-1427
13485280       +Meadville Area Ambulance,    872 Water Street,    Meadville, PA 16335-3455
13485281       +Meadville Diagnostic Medical Imaging, Inc.,    751 Liberty Street,    Meadville, PA 16335-2559
13485283       +Meadville Surgical Associates PC,    765 Liberty Street,    Suite 311,    Meadville, PA 16335-2569
13485284       +Medicor Associates Inc,    104 East 2nd Street,    2nd Floor,    Erie, PA 16507-1532
13472774       +National City Bank,    Po Box 94982,    Cleveland, OH 44101-4982
13485285       +Northshore Clinical Associates LLC,    104 East 2nd Street,    Erie, PA 16507-1532
13485267        Oxford Managmenet Services,    PO Box 18060,    Hauppauge, NY 11788
13494198       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13571749       +PNC Bank, National Association,    c/o Vitti & Vitti & Associates, P.C.,    215 Fourth Avenue,
                 Pittsburgh, PA 15222-1707
13472777       +Pnc Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
13472778       +Pnc Mortgage,    6 North Main Street,    Dayton, OH 45402-1908
13485295       +Sharp Collections,    114 North Mercer Street,    PO Box 81,    Sharpsville, PA 16150-0081
13485286       +St. Joseph Health Center,    476 South Main Street,    Andover, OH 44003-9602
13485290       +UPMC - Greenville,    110 North Main Street,    Greenville, PA 16125-1726
13485288       +UPMC - Horizon Hospital,    PO Box 382059,    Pittsburgh, PA 15250-0001
13485269       +University Dental Associates, Inc.,    13494 Cedar Road,    University Heights, OH 44118-2666
13472779       #+Vitti & Vitti & Associates, PC,    215 Fourth Avenue,    Pittsburgh, PA 15222-1707
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 28 2017 01:27:40     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
13485268       +EDI: AFNIRECOVERY.COM Dec 28 2017 01:08:00      Afni, Inc.,    404 Brock Drive,    PO Box 3517,
                 Bloomington, IL 61702-3517
13485265       +EDI: ALLIANCEONE.COM Dec 28 2017 01:08:00      AllianceOne,    1684 Woodlands Drive,    Suite 150,
                 Maumee, OH 43537-4026
13485266       +EDI: CBCSI.COM Dec 28 2017 01:08:00      CBCS 24,    PO Box 164059,    Columbus, OH 43216-4059
13472769        E-mail/Text: matthartweg@cbjcredit.com Dec 28 2017 01:29:02      Cbj Credit Recovery,
                 117 West 4th Street,    Jamestown, NY 14701-5005
13485274       +E-mail/Text: dshelton@svhs.org Dec 28 2017 01:26:59      Consultants in Cardiology,
                 2315 Myrtle Street,    Erie, PA 16502-4604
13472770       +E-mail/Text: rkiser@co.crawford.pa.us Dec 28 2017 01:28:10      Crawford County Tax Claim Bureau,
                 903 Diamond Park,    Meadville, PA 16335-2694
13485294       +EDI: ESSL.COM Dec 28 2017 01:08:00      Dish Network,    9601 South Meridian Boulevard,
                 Englewood, CO 80112-5905
13472772       +EDI: GMACFS.COM Dec 28 2017 01:08:00      G M A C,    Po Box 130424,    Roseville, MN 55113-0004
13472773       +EDI: RMSC.COM Dec 28 2017 01:08:00      GE Money Bank / JCPenney,    Attention: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
13485282       +E-mail/Text: mwetherbee@mmchs.org Dec 28 2017 01:28:25      Meadville Medical Center,
                 1034 Grove Street,    Meadville, PA 16335-2945
13472775       +E-mail/Text: Bankruptcies@nragroup.com Dec 28 2017 01:29:19      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
13472776       +E-mail/Text: bankruptcydepartment@tsico.com Dec 28 2017 01:28:53      Nco Financial / 55,
                 PO Box 15270,    Wilmington, DE 19850-5270
13485292       +E-mail/Text: bankruptcy@firstenergycorp.com Dec 28 2017 01:28:03
                 Penn Power Bankruptcy Department,    6896 Miller Road,    Suite 204,
                 Brecksville, OH 44141-3222
13485287       +E-mail/Text: sherry@medbillmgmt.com Dec 28 2017 01:27:11      Trumbull Radiologists,
                 2588 Elm Road,    Cortland, OH 44410-9298
13485289       +E-mail/Text: BankruptcyNotice@upmc.edu Dec 28 2017 01:28:46      UPMC - Physician Services,
                 1650 Metropolitan Street,    3rd Floor - Customer Service,    Pittsburgh, PA 15233-2213
                                                                                                 TOTAL: 16
```

```
District/off: 0315-1              User: mgut                    Page 2 of 2                  Date Rcvd: Dec 27, 2017
                                  Form ID: 3180W                Total Noticed: 48


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                PNC Bank, National Association
cr*              +AmeriPath,    8150 Chancellor Drive,     Suite 110,     Orlando, FL 32809-7665
13485299*        +Afni, Inc.,    404 Brock Drive,     PO Box 3517,     Bloomington, IL 61702-3517
13485296*        +AllianceOne,    1684 Woodlands Drive,     Suite 150,     Maumee, OH 43537-4026
13485302*        +AmeriPath,    8150 Chancellor Drive Suite 110,     Orlando FL 32809-7665
13485303*        +Asset Care,    30800 Telegraph #2925,     Franklin MI 48025-4598
13485297*        +CBCS 24,    PO Box 164059,     Columbus, OH 43216-4059
13485307*        +CCHS - Euclid Hospital,     18901 Lake Shore Boulevard,     Euclid, OH 44119-1090
13485301*        +Charter One,    1 Citizens Drive,     Riverside, RI 02915-3019
13485304*         Conneaut Lake Ambulance Services,     290 South 4th Street,     Conneaut Lake, PA 16316
13485305*        +Consultants in Cardiology,     2315 Myrtle Street,     Erie, PA 16502-4604
13487824*        +Crawford County Tax Claim Bureau,     903 Diamond Park,     Meadville, PA 16335-2694
13485306*        +Diagnostic Imaging Consultants,     PO Box 73985,     Cleveland, OH 44193-0002
13485324*         DirecTV,    PO Box 830032,     Baltimore, MD 21283
13485325*        +Dish Network,    9601 South Meridian Boulevard,     Englewood, CO 80112-5905
13485322*        +Dr. Peter F. White MD,     505 Poplar Street #110,     Meadville, PA 16335-3081
13485308*        +Greenville Medical Center,     90 Shenango Street,     Greenville, PA 16125-2090
13485309*        +Hamot Medical Center,     c/o Patient Accounts,     201 State Street,     Erie, PA 16550-0002
13485310*        +Hand & Arthritis Rehab Center,     300 State Street,     Erie, PA 16507-1427
13485311*        +Meadville Area Ambulance,     872 Water Street,     Meadville, PA 16335-3455
13485312*        +Meadville Diagnostic Medical Imaging, Inc.,     751 Liberty Street,     Meadville, PA 16335-2559
13485313*        +Meadville Medical Center,     1034 Grove Street,     Meadville, PA 16335-2945
13485314*        +Meadville Surgical Associates PC,     765 Liberty Street,     Suite 311,     Meadville, PA 16335-2569
13485315*        +Medicor Associates Inc,     104 East 2nd Street,     2nd Floor,     Erie, PA 16507-1532
13485316*        +Northshore Clinical Associates LLC,     104 East 2nd Street,     Erie, PA 16507-1532
13485298*         Oxford Managmenet Services,     PO Box 18060,     Hauppauge, NY 11788
13485323*        +Penn Power Bankruptcy Department,     6896 Miller Road,     Suite 204,     Brecksville, OH 44141-3222
13485326*        +Sharp Collections,     114 North Mercer Street,     PO Box 81,     Sharpsville, PA 16150-0081
13485317*        +St. Joseph Health Center,     476 South Main Street,     Andover, OH 44003-9602
13485318*        +Trumbull Radiologists,     2588 Elm Road,     Cortland, OH 44410-9298
13485321*        +UPMC - Greenville,     110 North Main Street,     Greenville, PA 16125-1726
13485319*        +UPMC - Horizon Hospital,     PO Box 382059,     Pittsburgh, PA 15250-0001
13485320*        +UPMC - Physician Services,     1650 Metropolitan Street,     3rd Floor - Customer Service,
                   Pittsburgh, PA 15233-2213
13485300*        +University Dental Associates, Inc.,     13494 Cedar Road,     University Heights, OH 44118-2666
                                                                                              TOTALS: 1, * 33, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2017 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Mary  Johnson dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Michael  Johnson dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Louis P. Vitti    on behalf of Creditor    PNC Bank, National Association tiffany@vittilaw.com,
               louispvitti@vittilaw.com;Jennifer@vittilaw.com;loismvitti@vittilaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7